UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-20239

UNITED STATES OF AMERICA
Plaintiff,

v.

**WAIVER OF INDICTMENT**

Juan Pinaro
Defendant.
_____/

I, Juan Pinaro, the above named defendant who is accused of

Wire Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 6/14/2023, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

14 q.f.
Jun 28 2023
Dated

Before _____
JONATHAN GOODMAN
United States Magistrate Judge