Instr# 118946031 , Page 1 of 1, Recorded 06/28/2023 at 08:52 AM
Broward County Commission
Case 1:23-cr-20239-RAR Document 9 Entered on FLSD Docket 06/30/2023 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20239-CR-RUIZ

UNITED STATES OF AMERICA

vs.

JUAN ANTONIO PIZARRO,

        Defendant.
_____/

NOTICE OF LIS PENDENS

**GRANTEE(S): JUAN ANTONIO PIZARRO, a married man**

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on June 12, 2023, the United States of America filed an Information in the United States District Court for the Southern District of Florida, charging the defendant(s) with violation(s) of 18 U.S.C. § 1343. Pursuant to 18 U.S.C. § 981(a)(1)(C), the United States of America may seek to forfeit the real property located at **12380 NW 9th St., Plantation, FL 33325**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

    Lot 10, "Silverwood Acres", according to the map or plat thereof, as recorded in Plat Book 137, Page(s) 25, of the Public Records of Broward County, Florida.

    a/k/a 12380 Northwest 9th Street, Plantation, FL   33325.

    Folio No. 494036400100

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami-Dade, Florida.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:  *Gabrielle Raemy Charest-Turken*
      Gabrielle Raemy Charest-Turken
      Assistant United States Attorney
      Florida Bar No. 15939
      99 N.E. 4th Street, 7th Floor
      Miami FL, 33132-2111
      Telephone: (305) 961-9365
      E-mail: Gabrielle.Charest-Turken@usdoj.gov