UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA

CASE NO: 23-CR-20239

v.

JUAN ANTONIO PIZARRO,

      Defendant.

_____/

### DEFENDANT'S S UNOPPOSED MOTION TO TRAVEL

**COMES NOW,** Defendant, JUAN ANTONIO PIZARRO, (hereinafter referred to as "PIZARRO"), by and through undersigned counsel, pursuant to United States Southern District Local Rule 7.6, hereby requests that this Honorable Court enter an Order permitting the Defendant to Travel, and in support thereof, would state:

1. Defendant pled to three (3) counts of Wire Fraud. Defendant sentencing is scheduled for December 6, 2023.

2. Defendant is requesting permission from this Honorable Court to travel between the dates of Tuesday August 22, 2023 through Thursday August 24, 2023 to Houston Texas. Defendant was invited to attend the Replica Ring Ceremony.

3. Undersigned has conferred with AUSA Yisel Valdes. and he has no objection to the Defendant's travel.

- THIS SPACE LEFT BLANK INTENTIONALLY -

NH | NAYIB HASSAN, P.A

**WHEREFORE**, Defendant, PIZARRO, respectfully request that this Honorable Court grant the Motion to Travel.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to AUSA Yisel Valdes at the US Attorney's Office on this 18th day of August, 2023.

                                            **Respectfully submitted,**

                                            */s/ Nayib Hassan, Esq.*
                                            **Nayib Hassan, Esq. / Fla. Bar. No. 20949**
                                            **LAW OFFICES OF NAYIB HASSAN, P.A.**
                                            **6175 NW 153 St., Suite 209**
                                            **Miami Lakes, Florida 33014**
                                            **Tel. No.:    305.403.7323**
                                            **Fax No.:    305.403.1522**