Carlos Rivera
5328 NW 12o Ave Coral Springs FL 33076
M 787-525-6045 E.cnaranjo1@gmail.com

12/01/2023

Re: **Honorable Judge Rodolfo Ruiz US District Court Of The Southern District Of Florida**

Dear Judge Rodolfo Ruiz,

I hope this letter finds you well. My name is Carlos Rivera, and I have had the pleasure of knowing Juan Pizarro for numerous years. I am writing to you today to shed light on the remarkable character of Mr. Pizarro, a man who exemplifies dedication, compassion, and selflessness. Throughout the years, I have witnessed firsthand Mr. Pizarro's unwavering commitment to his family. He is a devoted father and husband, always putting their needs above his own. His love and care for his loved ones are truly admirable, and it is evident in the way he prioritizes their well-being. In addition to his role as a family man, Mr. Pizarro is a consummate professional. He approaches his work with utmost diligence and expertise, consistently going above and beyond to deliver exceptional results. His colleagues and peers hold him in high regard, recognizing his unwavering work ethic and willingness to assist others without expecting anything in return. One of the most striking qualities of Mr. Pizarro is his humility. Despite his numerous accomplishments and the respect, he has garnered, he remains a humble and unassuming individual. He is always ready to lend a helping hand to those in need, never seeking recognition or praise for his actions. His selflessness is truly commendable and serves as an inspiration to all who know him. I, along with many others who have had the privilege of knowing Mr. Pizarro, can vouch for his impeccable moral integrity. He consistently upholds the highest ethical standards in both his personal and professional life. His integrity is unwavering, and he is a shining example of honesty and righteousness.

In conclusion, I would like to express my gratitude for your time and consideration. It is my sincere hope that this letter provides you with a deeper understanding of the exceptional qualities possessed by Mr. Juan Pizarro. He is a man of great character, a loving family man, and a dedicated professional. Thank you for your attention.

Respectfully,

Carlos Rivera

Omar Foglia
9111 NW 52 CT oral Springs FL 33067
954-663-5312 omarhfoglia@gmail.com



November 30, 2023

**Honorable Judge Rodolfo Ruiz**
**United States District Court for the Southern District of Florida**

Honorable Judge Rodolfo Ruiz,

My name is Omar Foglia and I am a dear friend of Juan Pizarro, I have known him for many years. Mr. Pizarro is a dedicated family man, a consummate professional that has always been available to help anyone in need.

Mr. Pizarro is known as a humble, quiet man ready to lend a helping hand asking nothing in return.

All of us that have know him can attest to his moral integrity, his dedication as a father, husband, family man and professional.

Thank you.

Respectfully
Omar Foglia

