UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20239-CR-RUIZ

UNITED STATES OF AMERICA,

vs.

JUAN ANTONIO PIZARRO,

    Defendant.
_____/

**NOTICE ON FORFEITURE**

    The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Forfeiture.

    The following property listed in the Plea Agreement, ECF No. 12, was previously identified as subject to forfeiture: A forfeiture money judgment in the sum of $450,000.00.

    The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: <u>s/ G. Raemy Charest-Turken</u>
Gabrielle Raemy Charest-Turken
Assistant United States Attorney
Florida Bar No. 15939
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9365
E-mail: Gabrielle.Charest-Turken@usdoj.gov