Instr# 119292844 , Page 1 of 1, Recorded 12/19/2023 at 02:05 PM
Broward County Commission
Case 1:23-cr-20239-RAR Document 28 Entered on FLSD Docket 12/19/2023 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20239-CR-RUIZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN ANTONIO PIZARRO,

    Defendant.
_____/

## RELEASE OF LIS PENDENS

**GRANTEE(S): JUAN ANTONIO PIZARRO, a married man.**

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of *Lis Pendens* recorded in Broward County Recorder's Office on June 28, 2023, in the Official Records Book, Instrument Number 118946031 of the Public Records of Broward County, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **12380 NW 9th St., Plantation, FL 33325**, more particularly described as:

    Lot 10, "Silverwood Acres", according to the map or plat thereof, as recorded in Plat Book 137, Page(s) 25, of the Public Records of Broward County, Florida.

    a/k/a 12380 Northwest 9th Street, Plantation, FL 33325.

    Folio No. 494036400100

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:  *Gabrielle Raemy Charest-Turken*
    Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
    Assistant United States Attorney
    Email: Gabrielle.Charest-Turken@usdoj.gov
    99 N.E. 4th Street, Suite 700
    Miami, Florida 33132-2111
    Telephone: (305) 961-9365